JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

DANIEL RACHID YOUNAN,

          Petitioner,

            v.

MARK BOWEN, et al.,

          Respondents.

Case No. ED CV 25-03347-DMG (PD)

**JUDGMENT**

    Pursuant to the Order Granting Amended Petition in Part,

    IT IS ADJUDGED that the Amended Petition under 28 U.S.C. § 2241 is granted as to the due process claim under *Zadvydas v. Davis*, 533 U.S. 678 (2001), and judgment is entered in favor of Petitioner Daniel Rachid Younan. The remaining claims are dismissed without prejudice.

DATED: July 1, 2026

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE